# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-429-519

**Effective Date of Registration:**
December 10, 2024
**Registration Decision Date:**
January 24, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Red Poppies |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | June 07, 2018 |
| **Nation of 1st Publication:** | Belgium |

## Author

| | |
|---|---|
| • **Author:** | Carrie Ann Hendrix, dba MyCrayons Design |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Carrie Ann Hendrix, dba MyCrayons Design |
| | Henri Knutsplein 12, Herk-de-Stad, 3540, Belgium |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Carrie Ann Hendrix |
| **Email:** | carrie@mycrayonsdesign.com |
| **Address:** | Henri Knutsplein 12 |
| | Herk-de-Stad 3540 Belgium |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | December 10, 2024 |
| **Applicant's Tracking Number:** | CH2024121002 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
## VA 2-429-868
**Effective Date of Registration:**
December 10, 2024
**Registration Decision Date:**
January 27, 2025

## Title
| | |
|---|---|
| **Title of Work:** | Cherry Blossom |

## Completion/Publication
| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | April 02, 2019 |
| **Nation of 1st Publication:** | Belgium |

## Author

- **Author:** Carrie Ann Hendrix, dba MyCrayons Design
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant
| | |
|---|---|
| **Copyright Claimant:** | Carrie Ann Hendrix, dba MyCrayons Design<br>Henri Knutsplein 12, Herk-de-Stad, 3540, Belgium |

## Rights and Permissions
| | |
|---|---|
| **Name:** | Carrie Ann Hendrix |
| **Email:** | carrie@mycrayonsdesign.com |
| **Address:** | Henri Knutsplein 12<br>Herk-de-Stad 3540 Belgium |

## Certification
| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | December 10, 2024 |
| **Applicant's Tracking Number:** | CH2024121001 |

