IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARRIE HENDRIX, | | |
| | Plaintiff, | Civil Action No.   2:25-cv-901 |
| v. | | |
| CODIAK, *et al*., | | |
| | Defendants. | **FILED UNDER SEAL** |

## ORDER TO TEMPORARILY SEAL FILE

On this day, the Court considered Plaintiff's *Ex Parte* Motion to File Under Seal and it is hereby ORDERED that the Clerk of the Court shall maintain the documents associated with the above-referenced action, including, but not limited, to the following: Plaintiff's Complaint and exhibits attached thereto; Plaintiff's *ex parte* application for: 1) a temporary restraining order, 2) an order restraining assets and Merchant Storefronts, 3) an order to show cause why a preliminary injunction should not issue, and 4) order authorizing expedited discovery; the supporting declarations of Carrie Hendrix, Stanley D. Ference III, and Dee Odell, and exhibits attached thereto; and Plaintiff's *Ex Parte* Motion for an Order authorizing alternative service, under seal until the hearing on Plaintiff's Application for an Order to Show Cause Why a Preliminary Injunction Should Not Issue or further order of the Court.

- 2 -

It is also hereby ORDERED that, notwithstanding this Order to Seal File, the Clerk of the

Court shall have authority to provide Plaintiff with certified copies of any orders entered in this

matter while under seal.

s/ Mark R. Hornak
UNITED STATES DISTRICT JUDGE

This Order authorizing the filing of certain materials under seal is provisional in that it may be vacated or modified, in whole or in part, at any time for good cause shown upon the motion of any party (or any other person with a recognized interest as to such matters), or by the Court upon its own motion.
s/ Mark R. Hornak
Mark R. Hornak
Chief United States District Judge