IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CARRIE HENDRIX,

Plaintiffs,

v.

SCHEDULE A DEFENDANTS,

Defendants.

Civil Action No.

25-cv-901

(Judge Hornak)

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s):

| No. | Defendant |
|-----|-----------|
| 8 | meisly |
| 9 | Yanzhenglip |
| 14 | UDAUDU ➤6-12 days⬎ |
| 15 | WANZZXCSL Clothing Store |
| 18 | FZYLQY |
| 22 | BXJX Direct |
| 26 | MBWTRP |
| 27 | YIDEJIAFEN(Lightning Deals) |
| 30 | LFEOOST-US |
| 31 | J&J Hotlove |
| 32 | DO-GENERIC(7-15 Days Delivery) |
| 34 | ZDRZK Direct Online |
| 37 | ★★★★★2025TRENDYCLOTH |
| 47 | IceXue |
| 55 | UPPADA |
| 56 | JINMGG |
| 57 | Viikei |

| 59 | mihongmao |
|---|---|
| 62 | shsu |
| 64 | PATLOLLAV |
| 66 | Xysaqa |
| 67 | AXXD Women's Fashion House |
| 68 | HTNBO-Womens Clothing |
| 69 | Stamzod |
| 70 | goodsharing |
| 71 | Ecqkame |
| 73 | zhiwx |
| 74 | CALAFEBILA CLOTH |
| 75 | VKEKIEO Women's Savings |
| 77 | Titcea |
| 79 | Panties for Women |
| 80 | Herrnalise |
| 81 | POTETI CLOTH |
| 83 | miman |
| 84 | PrimePicks Co.Ltd |
| 86 | purcolt |
| 88 | yachenghang |
| 93 | FRSASU Clearance |
| 94 | OKBOP |
| 95 | Besolor Clothing |
| 96 | babysbule |
| 97 | Sokhug |
| 98 | YANHAIGONG |
| 100 | Floleo |
| 101 | AOOCHASLIY |
| 102 | Kiplyki |
| 103 | Tejiojio |
| 104 | KIHOUT Store |
| 105 | qipopiq |
| 106 | Penkiiy |

Each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading.

Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: April 6, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff